No. 1128. IGLESIAS, PLAINTIFF AND APPELLANT, *v.* ANEXY ET AL., DEFENDANTS AND RESPONDENTS.—Appeal from the District Court of San Juan, Section 2, in a case of intervention in ownership and injunction. Motion by the appellant, with the consent of the respondents, for leave to withdraw the appeal. Decided March 31, 1914. Motion sustained. *Messrs. Muñoz & Brown* for the appellant. *Mr. Eugenio Benítez Castaño* for respondent Dolores Benítez.

No. 1136. SUCCESSION OF COLÓN, PLAINTIFFS AND APPELLANTS, *v.* SÁNCHEZ ET AL., DEFENDANTS AND RESPONDENTS.—Appeal from the District Court of Ponce in an action for the nullity of dominion title proceedings, recovery of real property, etc. Motion by the respondent for dismissal of the appeal. Decided April 7, 1914. Appeal dismissed because of failure to file a transcript of the record. *Mr. F. Cervoni Gely* for the appellants. *Mr. Manuel A. Rivera* for the respondents.

No. 670. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* ORTIZ, DEFENDANT AND APPELLANT.—Appeal from the District Court of San Juan, Section 2, in a prosecution for slander. Decided April 14, 1914. Judgment affirmed. *Mr. Charles E. Foote, fiscal,* for The People. The appellant did not appear.

No. 1138. LAMAS & MÉNDEZ, PLAINTIFFS AND RESPONDENTS, *v.* RUFAT ET AL., DEFENDANTS AND APPELLANTS.—Appeal from the District Court of Humacao in a case of intervention. Motion by the respondents for dismissal of the appeal. Decided April 14, 1914. Appeal dismissed because of failure to file a transcript of the record. *Mr. Francisco González* for the respondents. The appellants did not appear.